# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 24, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 22-3032 | ERIC D. HOLMES,<br>Plaintiff - Appellant<br><br>v.<br><br>MARION COUNTY SHERIFF'S DEPARTMENT,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01049-SEB-MPB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker | |

The following are before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on December 23, 2022, by the pro se appellant.

2. **MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on December 23, 2022, by the pro se appellant.

The court has carefully reviewed the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, his memorandum in support, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal. A review of this case indicates that the appellant, Eric Holmes, is not permitted to proceed in forma pauperis under 28 U.S.C. §1915(g). The appellant has, on three or more prior occasions, brought an action or appeal that was dismissed on the grounds that it is frivolous or fails to state a claim upon which relief may be granted. Those three occasions are:

No. 22-3032                                                                                           Page 2

- *Holmes v. Oxford American College Dictionary*, No. 1:19-cv-2708-SEB-DLP (S.D. Ind.) (dismissed as frivolous);
- *Holmes v. Kilpatrick*, No. 1:18-cv-3238-SEB-DLP (S.D. Ind.) (dismissed as frivolous); and
- *Anur v. Posner*, No. 1:10-cv-462-WTL-TAB (S.D. Ind. 2010) (dismissed for failure to state a claim).

We note that the district court also referenced *Koor An Nur of Katie Mary Brown v. Emkes*, No. 1:02-cv-1317-SEB-MPB (S.D. Ind.) as one of the appellant's previous strike-inducing cases. That case was dismissed as barred by the doctrine of *Heck v. Humphrey*, 512 U.S. 477 (1994). We need not decide whether that was correct because the appellant has accrued at least three strikes in other cases. But we note that in at least one prior, non-precedential decision, we suggested that complaints dismissed as *Heck*-barred do not qualify for a strike under the § 1915(g). *Mejia v. Harrington*, 541 F. App'x 709, 710 (7th Cir. 2013).

Finally, the appellant has not demonstrated imminent danger of a serious physical injury pursuant to § 1915(g). *See Taylor v. Watkins*, 623 F.3d 483 (7th Cir. 2010). Accordingly,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997)

form name: **c7_Order_3J**     (form ID: **177**)